## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| KIMBERLY AND CHARLIE SPEAR, )<br>  )<br>    Plaintiffs, )<br>  )<br>v. )<br>  )<br>KZRV, L.P. )<br>  )<br>    Defendant. ) | Case No. 1:18-cv-00089-HAB-MGG |

## NOTICE OF SETTLEMENT

Defendant, by counsel, notifies the Court that this matter has been resolved after being submitted to mediation. The parties expect the settlement to be fully effectuated in the next 30 days and to file a stipulation to dismiss at that time. Accordingly, Defendant requests the court vacate all pending hearings until the matter is dismissed.

*/s/ Trevor Q. Gasper*
Trevor Q. Gasper (IN 26368-71)

**THOR INDUSTRIES, INC.**
601 E. Beardsley Ave.
Elkhart, IN 46514
Telephone: (574) 970-7925
Facsimile: (574) 206-9880
tgasper@thorindustries.com

1